UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:15-mj-303

vs.

KEITH BLANKENSHIP,                      Magistrate Judge Michael J. Newman

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION ORDER (DOC. 15)

      This criminal case is before the Court on Defendant's motion to reconsider pre-trial detention.  Doc. 15.  The Court held a telephone conference regarding Defendant's motion on October 6, 2015.  Dwight Keller participated on behalf of the government.  Toby Henderson participated on behalf of Defendant.  Pretrial Services Officer Vali Dye also participated.  The government expressed no opposition to Defendant's motion; however, United States Pretrial Services does have reservations concerning pretrial release, namely, Defendant's prior failures to appear, previous non-compliance with probation, and criminal history.

      Having considered the factors set forth in 18 U.S.C. § 3142(g), and for the reasons previously found by Chief Magistrate Judge Sharon Ovington in the Detention Order (doc. 12), the undersigned continues to find by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the Defendant as required and the safety of the community.  Accordingly, Defendant's motion to reconsider (doc. 15) is **DENIED**.

**IT IS SO ORDERED.**

Date:    10/6/2015            *s/ Michael J. Newman*
                              Michael J. Newman
                              United States Magistrate Judge